UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) | Civil Action No.: 6:23-CV-04177-JD |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| HEIGHTS FINANCE HOLDING CO. f/k/a SOUTHERN MANAGEMENT CORPORATION; COVINGTON CREDIT OF ALABAMA, INC; SOUTHERN FINANCE OF TENNESSEE, INC.; COVINGTON CREDIT OF GEORGIA, INC.; SOUTHERN FINANCE OF SOUTH CAROLINA, INC.; COVINGTON CREDIT OF TEXAS, INC.; COVINGTON CREDIT, INC.; and QUICK CREDIT CORPORATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | DEFENDANTS' MOTION TO STAY |
| Defendants. | | |

**DEFENDANTS' MOTION TO STAY PENDING U.S. SUPREME COURT DECISION**

Defendants Heights Finance Holding Co. f/k/a Southern Management Corporation, Covington Credit of Alabama, Inc., Southern Finance of Tennessee, Inc., Covington Credit of Georgia, Inc., Southern Finance of South Carolina, Inc., Covington Credit of Texas, Inc., Covington Credit, Inc., and Quick Credit Corporation (collectively, "Defendants"), by and through their counsel, submit this Motion to Stay the above-referenced action, pending the U.S. Supreme Court's decision on the merits in *CFPB v. Cmty. Fin. Servs. Ass'n of Am.*, No. 22-448 (U.S. *argued* Oct. 3, 2023).

In support of its Motion, Defendants incorporate by reference the Memorandum of Law accompanying this Motion and the Declaration of James Kim attached as Exhibit A to this Motion. Counsel for Defendants conferred with opposing counsel before filing this Motion and attempted

in good faith to resolve the issue raised in this Motion. *See* D.S.C. Loc. R. 7.02. The CFPB opposes this Motion.

WHEREFORE, Defendants respectfully request that the Court enter an order staying this matter pending the U.S. Supreme Court's decision in *CFPB v. Cmty. Fin. Servs. Ass'n of Am.*, No. 22-448 (U.S. *argued* Oct. 3, 2023).


Dated: October 9, 2023                                   Respectfully submitted,

*/s/William M. Wilson III*
William M. Wilson III  (Fed. Bar No. 7611)
WYCHE, P.A.
200 E. Broad Street, Suite 400
Greenville, South Carolina 29601
Telephone: 864.242.8294
Facsimile: 864.235.8900
bwilson@wyche.com

William J. Farley III (Fed. Bar No. 12004)
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 S. College Street, Suite 3400
Charlotte, North Carolina 28202
Telephone:  704.998.4099
Facsimile:  704.998.4051
will.farley@troutman.com

Chris J. Willis (GA #766297 *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308
Telephone:  404.885.3000
Facsimile: 404.885.3900
chris.willis@troutman.com

James Kim (NY #3018397, *pro hac vice*)
Sarah E. Pruett (NY #5154422 *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue,
New York, New York 10022
Telephone: 212.704.6000
Facsimile: 212.704.6288
james.kim@troutman.com
sarah.pruett@troutman.com

*Counsel for Defendants*