UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff,<br><br>v.<br><br>HEIGHTS FINANCE HOLDING CO. f/k/a SOUTHERN MANAGEMENT CORPORATION; COVINGTON CREDIT OF ALABAMA, INC; SOUTHERN FINANCE OF TENNESSEE, INC.; COVINGTON CREDIT OF GEORGIA, INC.; SOUTHERN FINANCE OF SOUTH CAROLINA, INC.; COVINGTON CREDIT OF TEXAS, INC.; COVINGTON CREDIT, INC.; and QUICK CREDIT CORPORATION<br><br>    Defendants. | Civil Action No.: 6:23-CV-04177-JDA |

## DEFENDANTS' MOTION TO STAY DISCOVERY

NOW COME Defendants Heights Finance Holding Co. f/k/a Southern Management Corporation, Covington Credit of Alabama, Inc., Southern Finance of Tennessee, Inc., Covington Credit of Georgia, Inc., Southern Finance of South Carolina, Inc., Covington Credit of Texas, Inc., Covington Credit, Inc., and Quick Credit Corporation (collectively, "Defendants"), by and through their counsel, hereby submit this Motion to Stay Discovery (this "Motion") pending the Court's ruling on Defendant's Motion for Judgment on the Pleadings (the "Rule 12(c) Motion") pursuant to Fed. R. Civ. P. 26(c). In support of this Motion, Defendants incorporate by reference the Memorandum in Support submitted contemporaneously herewith. For the reasons more fully described therein, this Court should grant this Motion and stay all discovery in this action pending the Court's ruling on the Rule 12(c) Motion. Pursuant to Local Rule 7.02, the undersigned

conferred with Plaintiff's counsel regarding this Motion. Plaintiff intends to file a response in opposition to this Motion.

WHEREFORE, Defendants respectfully request that the Court enter an Order granting this Motion and staying all discovery pending a ruling by the Court on the Rule 12(c) Motion. Defendants further request any additional relief this Court deems just and proper.

Dated: July 30, 2024                         Respectfully submitted,

/s/ William M. Wilson III

William M. Wilson III  (Fed. Bar No. 7611)
WYCHE, P.A.
200 E. Broad Street, Suite 400
Greenville, South Carolina 29601
Telephone: 864.242.8294
Facsimile: 864.235.8900
bwilson@wyche.com

William J. Farley III (Fed. Bar No. 12004)
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 S. College Street, Suite 3400
Charlotte, North Carolina 28202
Telephone:  704.998.4099
Facsimile:  704.998.4051
will.farley@troutman.com

Chris J. Willis (GA #766297 *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308
Telephone:  404.885.3000
Facsimile: 404.885.3900
chris.willis@troutman.com

James Kim (NY #3018397, *pro hac vice*)
Sarah E. Pruett (NY #5154422 *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue,
New York, New York 10022
Telephone: 212.704.6000

Facsimile: 212.704.6288
james.kim@troutman.com
sarah.pruett@troutman.com

*Counsel for Defendants*