UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>HEIGHTS FINANCE HOLDING CO. f/k/a SOUTHERN MANAGEMENT CORPORATION; COVINGTON CREDIT OF ALABAMA, INC.; SOUTHERN FINANCE OF TENNESSEE, INC.; COVINGTON CREDIT OF GEORGIA, INC.; SOUTHERN FINANCE OF SOUTH CAROLINA, INC.; COVINGTON CREDIT OF TEXAS, INC.; COVINGTON CREDIT, INC.; and QUICK CREDIT CORPORATION,<br><br>Defendants. | Civil Action No.: 6:23-CV-04177-JDA<br><br>**ORDER GRANTING JOINT MOTION TO AMEND BRIEFING DEADLINES** |

Before the Court is Plaintiff Consumer Financial Protection Bureau ("Plaintiff") and Defendants Heights Finance Holding Co. f/k/a Southern Management Corporation, Covington Credit of Alabama, Inc., Southern Finance of Tennessee, Inc., Covington Credit of Georgia, Inc., Southern Finance of South Carolina, Inc., Covington Credit of Texas, Inc., Covington Credit, Inc., and Quick Credit Corporation (collectively, "Defendants") joint motion to amend the briefing deadlines for Defendants' Rule 12(c) Motion for Judgment on the Pleadings (the "Rule 12(c) Motion") (ECF No. 70) and Defendants' Motion to Stay Discovery (ECF No. 72).

Having considered the Motion, the Court GRANTS the Motion and ORDERS as follows: the deadline for Plaintiff to file a response to the Rule 12(c) Motion is September 3, 2024, and the deadline for Defendants to reply to Plaintiff's response to the Rule 12(c) Motion is 14 days after Plaintiff's response is filed. The deadline for Plaintiff to file a response to Defendants' Motion to

Stay Discovery is August 20, 2024; and the deadline for Defendants to reply to Plaintiff's response to the Motion to Stay Discovery is 10 days after Plaintiff's response is filed.

s/Jacquelyn D. Austin
Honorable Jacquelyn D. Austin
United States District Judge

August 1, 2024

Greenville, South Carolina