**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>HEIGHTS FINANCE HOLDING CO. f/k/a SOUTHERN MANAGEMENT CORPORATION; COVINGTON CREDIT OF ALABAMA, INC; SOUTHERN FINANCE OF TENNESSEE, INC.; COVINGTON CREDIT OF GEORGIA, INC.; SOUTHERN FINANCE OF SOUTH CAROLINA, INC.; COVINGTON CREDIT OF TEXAS, INC.; COVINGTON CREDIT, INC.; and QUICK CREDIT CORPORATION<br><br>Defendants. | Civil Action No.: 6:23-CV-04177-JDA |

**DEFENDANTS' REPLY TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITIES REGARDING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants, by and through undersigned counsel, hereby reply to Plaintiff's Notice of Supplemental Authorities regarding Defendants' Motion for Judgment on the Pleadings (ECF No. 102) ("Notice").

The district court's order in *Consumer Financial Protection Bureau v. Active Network, LLC* does not address whether the CFPB has proper funding from the "combined earnings" of the Federal Reserve System in accordance with the Supreme Court's decision in *CFPB v. Comm. Fin. Servs. Ass'n of Am., Ltd.*, 601 U.S. 441 (2024). *See CFPB v. Active Network, LLC*, No. 4:22-cv-00898-ALM, 2024 WL 4437639 (E.D. Tex. Oct. 7, 2024) (ECF No. 28). Indeed, the order's analysis is limited to the plausibility of the pleadings. *Id.* at *2.

Similarly, the magistrate judge's recommendation in *Texas v. Colony Ridge, Inc.* does not address the merits of Defendants' "combined earnings" argument in the pending Motion for Judgment on the Pleadings. *Texas v. Colony Ridge, Inc.*, No. 4:24-cv-00941, 2024 WL 4553111 (S.D. Tex. Oct. 11, 2024). Instead, the relevant issue in *Texas v. Colony Ridge, Inc.* was whether the CFPB's funding from the Federal Reserve System had any bearing on whether the State of Texas could bring a federal claim under the Consumer Financial Protection Act ("CFPA"). *See Colony Ridge, Inc.,* 2024 WL 4553111, at *4–5. More specifically, Section 5552(b)(1)(A) of the CFPA requires state agencies to give the CFPB notice before filing a CFPA claim in federal court. *See* 12 U.S.C. § 5552(b)(1)(A). The magistrate judge's recommendation merely noted that the pre-suit notice requirement does *not* require the CFPB to respond to the notice or take any other action, and therefore, defendants in that case failed to show "how any alleged lack of agency [CFPB] funding would deprive this court of jurisdiction to entertain" the State of Texas' federal claim. *Colony Ridge, Inc.*, 2024 WL 4553111, at *5.

Finally, the district court's order in *Consumer Financial Protection Bureau v. SoLo Funds, Inc.* is distinguishable because the defendants in that case incorrectly framed the "combined earnings" argument as a *statutory* issue. Def.'s Mem. P. & A. Supp. Mot. Dismiss Am. Compl. at 4–5, *CFPB v. SoLo Funds, Inc.*, No. 2:24-cv-04108-RGK-AJR (C.D. Cal. Sept. 3, 2024), ECF No. 35-1, at 9–10. As a result, the district court did not attempt to interpret the relevant statutory language because the defendants failed to assert appropriate remedies for a *statutory* violation. *CFPB v. SoLo Funds, Inc.*, No. 2:24-cv-04108-RGK-AJR, 2024 WL 4553110, at *2 (C.D. Cal. Oct. 17, 2024). Here, Defendants have squarely raised a *Constitutional* issue in connection with their "combined earnings" argument (ECF No. 71, pp. 1–2) and discussed, at length, the appropriate remedies for the *Constitutional* violation (ECF No. 71, pp. 7–14).

Dated: October 30, 2024

Respectfully submitted,

*/s/ William M. Wilson III*

William M. Wilson III (Fed. Bar No. 7611)
WYCHE, P.A.
200 E. Broad Street, Suite 400
Greenville, South Carolina 29601
Telephone: 864.242.8294
Facsimile: 864.235.8900
bwilson@wyche.com

William J. Farley III (Fed. Bar No. 12004)
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 S. College Street, Suite 3400
Charlotte, North Carolina 28202
Telephone: 704.998.4099
Facsimile: 704.998.4051
will.farley@troutman.com

Chris J. Willis (GA #766297 *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308
Telephone: 404.885.3000
Facsimile: 404.885.3900
chris.willis@troutman.com

James Kim (NY #3018397, *pro hac vice*)
Sarah E. Pruett (NY #5154422 *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue,
New York, New York 10022
Telephone: 212.704.6000
Facsimile: 212.704.6288
james.kim@troutman.com
sarah.pruett@troutman.com

*Counsel for Defendants*