**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**(GREENVILLE DIVISION)**

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:23-cv-4177-JDA |
| | ) | |
| v. | ) | |
| | ) | |
| HEIGHTS FINANCE HOLDING CO. f/k/a SOUTHERN MANAGEMENT CORPORATION; COVINGTON CREDIT OF ALABAMA, INC.; SOUTHERN FINANCE OF TENNESSEE, INC.; COVINGTON CREDIT OF GEORGIA, INC.; SOUTHERN FINANCE OF SOUTH CAROLINA, INC.; COVINGTON CREDIT OF TEXAS, INC.; COVINGTON CREDIT, INC.; and QUICK CREDIT CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff and Defendants stipulate that the above-captioned action is voluntarily dismissed against all Defendants, with prejudice, with each party bearing its own costs, expenses, and attorneys' fees.

Date: February 27, 2025                    Respectfully submitted,

Mark Paoletta
*Chief Legal Officer*
Daniel Shapiro
*Deputy Chief Legal Officer*
Cara Petersen
*Principal Deputy Enforcement Director*
Alusheyi J. Wheeler
*Deputy Enforcement Director*
Kara K. Miller
*Assistant Litigation Deputy*

*/s/ David Hendricks*
John Thompson (NM Bar No. 139788)
Admitted Pro Hac Vice
Meghan Cater (NY Bar No. 4473120)
Admitted Pro Hac Vice
Gregory W. Jones (IL Bar No. 6313157)
Admitted Pro Hac Vice
David Hendricks (SC Bar No. 10547)
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
202-435-7270 (Thompson)
202-435-9165 (Cater)
202-573-1372 (Jones)
312-610-8967 (Hendricks)
Fax: 703-642-4585
john.thompson@cfpb.gov
meghan.cater@cfpb.gov
gregory.jones@cfpb.gov
david.hendricks@cfpb.gov
*Attorneys for the Consumer Financial Protection Bureau*


*/s/ William J. Farley III*
William J. Farley III (Fed. Bar No. 12004)
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 S. College Street, Suite 3400
Charlotte, North Carolina 28202
Telephone:  704.998.4099
Facsimile:  704.998.4051
will.farley@troutman.com

Chris J. Willis (GA #766297 *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308
Telephone:  404.885.3000
Facsimile: 404.885.3900
chris.willis@troutman.com

James Kim (NY #3018397, *pro hac vice*)
Sarah E. Pruett (NY #5154422 *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue,
New York, New York 10022

Telephone: 212.704.6000
Facsimile: 212.704.6288
james.kim@troutman.com
sarah.pruett@troutman.com

William M. Wilson III  (Fed. Bar No. 7611)
WYCHE, P.A.
200 E. Broad Street, Suite 400
Greenville, South Carolina 29601
Telephone: 864.242.8294
Facsimile: 864.235.8900
bwilson@wyche.com

*Counsel for Defendants*